# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

OLAMIDE OLATAYO BELLO,        §
#65100510        §
       §    CIVIL ACTION NO. 4:25-cv-01184
VS.        §
       §
WARDEN, FCI SEAGOVILLE        §

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #9), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 16, 2026, the Magistrate Judge entered the Report containing proposed findings of fact and recommendations that Plaintiff's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, (Dkt. #1), be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

    **SIGNED this 22nd day of May, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE